# Exhibit

# 2

eCollectible.com
FirstDomains.com is proud to offer this premium domain for purchase.
More Info
Buy now - USD 1,988
Make an offer
Name
Email
Phone
Offer (minimum: USD 1790.00)
Message
I'm not a robot
Send offer
© 2015 STEVEN L MARKOS
11:48 PM
7/10/2019




© 2015 STEVEN L MARKOS